People v Ivy. Appeal from Recorder's Court of Detroit, Daniel J. Van Antwerp, J. Submitted Division 1 November 16, 1971, at Detroit. (Docket No. 10996.) Decided December 9, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas M. Khalil,* Assistant Prosecuting Attorney, for the people.

*William R. Stackpoole,* for defendant on appeal.

Before: J. H. Gillis, P. J., and V. J. Brennan and Targonski, JJ.

J. H. GILLIS, P. J. Defendant was convicted of carrying a concealed weapon in a vehicle, and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.

Judge TARGONSKI would deny the motion to affirm.